**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6651**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TITUS TERRELL GRADY, a/k/a Hell Rell,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  James C. Dever III, District Judge.  (7:12-cr-00127-D-1)

Submitted:  November 25, 2025                    Decided:  December 2, 2025

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Titus Terrell Grady, Appellant Pro Se.  David A. Bragdon, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Titus Terrell Grady appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release and his 18 U.S.C. § 3582(c)(2) motion for reduction of sentence, confining his appeal to the district court's denial of his § 3582(c)(2) motion. After reviewing the record, we conclude that the district court did not abuse its discretion in denying Grady's § 3582(c)(2) motion. *See United States v. Spruhan*, 989 F.3d 266, 269 (4th Cir. 2021) (stating standard of review). Accordingly, we affirm the district court's order. *United States v. Grady*, No. 7:12-cr-00127-D-1 (E.D.N.C. Aug. 4, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*